IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL NO. 3:21-CR-39 (CAR) |
| | : |
| ALBERT ROSS | : VIOLATION(S): |
|   a/k/a "BIG" | : 21 U.S.C. § 846 |
| RICHARD CORNELIUS | : 21 U.S.C. § 841(a)(1) |
|   a/k/a "RICH" | : 21 U.S.C. § 841(b)(1)(A)(ii)(II) |
| ERIC MORGAN | : 21 U.S.C. § 841(b)(1)(B)(iii) |
|   a/k/a "SWEAT" | : 21 U.S.C. § 841(b)(1)(C) |
| LONNIE BENNETT | : 21 U.S.C. § 853 |
|   a/k/a "RUNK" | : |
| BRANDON PAYNE | : |
|   a/k/a "RED" | : |
| BERNARD WILCOX | : |
| TAMICHAEL DARDEN | : |
|   a/k/a "T-MIKE" | : |
| MILLER SUTTON | : |
|   a/k/a "UNC" | : |
| REGINALD BATTLE SR. | : |
|   a/k/a "REGGIE" | : |
| HAFEZ ABDULLAHI | : |
| DANNY SIMS | : |
|   a/k/a "D BOY" | : |
| QUINTAVIOUS CLARK | : |
|   a/k/a "TRE" | : |
| COREY MITCHELL | : |
|   a/k/a "MURDA" | : |
| | : |
|           Defendants. | : |

## ORDER

This matter having come before the Court on the United States' Motion and Memorandum, pursuant to 983(a)(3)(B)(ii)(II), for an order allowing the government to maintain custody of the following assets seized from the Defendants listed below, pending resolution of the criminal case:

## ALBERT ROSS, a/k/a "BIG"

### CURRENCY

A.  United States funds in the amount of three hundred two thousand, four hundred seventy-seven dollars ($302,477.00); and

B.  United States funds seized from Central Station Sports Restaurant LLC, in the amount of six hundred twenty-five thousand, six hundred thirty-eight dollars ($625,638.00).

### JEWELRY

A.  One (1) single round 2.97 carat diamond earring;

B.  One (1) pair of 14 karat white gold diamond earrings, total weight of 1.60 carats;

C.  One (1) Mens Cartier, Model: Santos, watch "iced out" with 16.67 carats of after-market diamonds;

D.  One (1) Ladies Rolex, Model: Datejust-6917, Oyster Perpetual Datejust, 26mm, with after-market diamond bezel, Serial Number: 5811274;

E.  One (1) Mens Rolex, Model: Datejust-16014, Oyster Perpetual Datejust, 36mm, "iced out" with after-market diamonds, Serial Number: 5653980;

F.  One (1) pair of "LV" gold-plated fashion earrings;

G.  One (1) 10 karat rose/white gold hinged bangle diamond bracelet, with total diamond weight of 3.40 carats;

H. One (1) 10 karat yellow gold Cuban link necklace "iced out" with total diamond weight of 15.54 carats; and

I. One (1) 10 karat yellow gold Cuban link bracelet "iced out" with total diamond weight of 6.32 carats.

**FIREARMS/MAGAZINES**

A. One (1) CZ, Model: Scorpion Evo 3 S1, 9mm pistol, Serial Number: C375378;

B. One (1) Smith & Wesson, Model: M&P 45, .45 caliber pistol, Serial Number: HAB0521;

C. One (1) Kel-tec, Model: P3AT, .380 caliber pistol; Serial Number: KP856;

D. One (1) Glock, Model: 43, 9mm pistol, Serial Number: ADVD478; and

E. Four (4) magazines.

## RICHARD CORNELIUS, a/k/a "RICH"

**CURRENCY**

A. United States currency in the amount of ten thousand, four hundred twenty-eight dollars ($10,428.00).

**VEHICLE**

A. One (1) 2018 Chevrolet Silverado, VIN: 1GC1KWEY1JF193239.

## ERIC MORGAN, a/k/a "SWEAT,"

**CURRENCY**

A. United States currency in the amount of six thousand, ninety dollars ($6,090.00).

**FIREARMS/MAGAZINES/AMMUNITION**

A. One (1) Kel-tec, Model: KSG, 12 gauge shotgun, Serial Number: XSV19;

B. One (1) FNH, Model: FNX-45, .45 caliber pistol, Serial Number: FX3U032555, with a magazine, and approximately fourteen (14) rounds of .45 caliber ammunition;

C. Approximately six (6) rounds of ammunition;

D. Two (2) belts of shotgun ammunition with approximately eighty (80) rounds;

E. One (1) belt of shotgun ammunition with approximately thirty-seven (37) rounds;

F. Approximately twenty (20) rounds of Hornady ammunition;

G. Approximately eleven (11) rounds of buck shotgun ammunition;

H. Approximately one hundred (100) rounds of .22 caliber ammunition;

I. Approximately forty-eight (48) rounds of .45 caliber ammunition; and

J. Approximately thirteen (13) rounds of .50 caliber ammunition.

**LONNIE BENNETT, a/k/a "RUNK," a/k/a "ROO BOY,"**

**CURRENCY**

A. United States currency in the amount of sixty-eight thousand, two hundred fifty-five dollars ($68,255.00).

## BRANDON PAYNE a/k/a "RED,"

### VEHICLE

A.      One (1) 2017 Honda Accord, VIN: 1HGCR2F55HA281379.

### FIREARMS/MAGAZINES/AMMUNITION

A.      One (1) Century Arms International, Model: C39, .762 caliber pistol, Serial Number: C39P02974;

B.      One (1) Glock GMBH, Model: 43X, 9mm pistol, Serial Number: BSNB271;

C.      One (1) Taurus, Model: G2C, 9mm pistol, Serial Number: TMA68409, with magazine and one (1) round of ammunition in the chamber;

D.      One (1) Glock GMBH, Model: 23, .40 caliber pistol, Serial Number: FHH831;

E.      Approximately three (3) rounds of ammunition;

F.      One (1) Glock magazine;

G.      One (1) black twelve (12) round 9mm magazine;

H.      Two (2) high capacity magazines; and

I.      One (1) Glock, twenty-two (22) round, .40 caliber extended magazine.

## BERNARD WILCOX

### CURRENCY

A.      United States currency in the amount of two thousand, two hundred four dollars ($2,204.00).

### FIREARMS/MAGAZINES/AMMUNITION

A.      One (1) Henry Repeating Arms, Model: H001TER Evil Roy, .22 caliber rifle,

5

        Serial Number: EVILROY1635M;

B.      One (1) Savage, Model: Springfield 187A, .22 caliber rifle, Serial Number: C233200;

C.      One (1) Taurus, Model: 85 Ultralite, .38 caliber revolver, Serial Number: BS47288;

D.      One (1) Maverick Arms, Model: 88, 12 gauge shotgun, Serial Number: MV08992G; and

E.      Approximately eleven (11) rounds of ammunition from an Israel Weapons Industries pistol with magazine.

## **TAMICHAEL DARDEN, a/k/a "T-MIKE"**

**CURRENCY**

A.      United States currency in the amount of ten thousand, five hundred thirty dollars ($10,530.00); and

B.      United States currency in the amount of nine hundred fifty-nine dollars ($959.00).

## **REGINALD BATTLE, SR., a/k/a "REGGIE,"**

**CURRENCY**

A.      United States currency in the amount of two thousand, eighty-three dollars ($2,083.00).

## HAFEZ ABDULLAHI,

### CURRENCY

A.      United States currency in the amount of twenty-five thousand, one hundred ten dollars ($25,110.00).

### FIREARM/MAGAZINE/AMMUNITION

A.      One (1) Glock, Model: 19, 9mm pistol, Serial Number: ACNX737, with magazine containing approximately nineteen (19) rounds of ammunition.

## QUINTAVIOUS CLARK, a/k/a "TRE,"

### CURRENCY

A.      United States currency in the amount of one thousand, eight hundred twenty-six dollars ($1,826.00).

## COREY MITCHELL, a/k/a "MURDA,"

### CURRENCY

A.      United States currency in the amount of seven hundred ninety-five dollars ($795.00).

WHEREAS, these seized assets are already in the custody of the government by virtue of process issued in a matter other than this criminal case;

WHEREAS, the government has represented to the Court that it will maintain and preserve the seized assets throughout this criminal case so that the assets will be available for possible forfeiture;

WHEREAS, when the government commences a criminal forfeiture action containing an allegation that one or more specific items of property are subject to forfeiture, and the government has already seized that property by administrative or civil forfeiture process, the government must, under Title 18, United States Code, Section 983(a)(3)(B)(ii)(II), "take the steps necessary to preserve its right to maintain custody of the property as provided in the applicable criminal forfeiture statute;" and

WHEREAS, Title 21, United States Code, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of the properties,

IT IS HEREBY ORDERED that, pursuant to Title 21, United States Code, Section 853(e)(1), the United States and its agencies, including the Federal Bureau of Investigation and/or the United States Marshal Service, are authorized to maintain and preserve the seized assets until this criminal case is concluded or pending further order of this Court.

This Court further CONCLUDES that this order satisfies the requirements of Title 18, United States Code, Section 983(a)(3)(B)(ii)(II).

This 1st day of April, 2022.

                                                  S/ C. Ashley Royal
                                                  C. ASHLEY ROYAL, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT
                                                  MIDDLE DISTRICT OF GEORGIA

PREPARED BY:

PETER D. LEARY
UNITED STATES ATTORNEY

*/s/ MICHAEL D. MORRISON*
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 153001