✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**REGINALD BATTLE, SR.**

Crim. No. 3:21-CR-39-009(TES)

On March 20, 2024, Reginald Battle, Sr. was committed to the Bureau of Prisons for a term of 24 months, followed by 2 years of supervised release for Conspiracy to Possess with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 846 i/c/w 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

On July 10, 2025, the term of supervised release commenced. Battle has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy, Volume 8, Part E* as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. As such, it is recommended he be discharged from supervision.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 31st day of July, 2026.

s/Tilman E. Self, III
TILMAN E. SELF, III
U.S. DISTRICT JUDGE